**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RAFFAELE FERRAIORI, Individually and on Behalf of All Others Similarly Situated, | Case No. 7:20-cv-10795-CS |
| Plaintiff, | |
| v. | |
| TRITERRAS, INC. F/K/A NETFIN ACQUISITION CORP., SRINIVAS KONERU, and MARAT ROSENBERG, | |
| Defendants. | |

**NOTICE OF MOTION OF RAFFAELE FERRAIORI FOR APPOINTMENT AS LEAD**
**PLAINTIFF AND APPROVAL OF LEAD COUNSEL**

**TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Raffaele Ferraiori ("Movant") respectfully moves this Court for an order: (1) appointing Movant as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"); (2) approving Movant's selection of Glancy Prongay & Murray LLP as Lead Counsel for the class; and (3) granting such other relief as the Court may deem to be just and proper (the "Motion").

Movant seeks appointment as lead plaintiff and approval of his choice of counsel pursuant to the Exchange Act and the PSLRA.  This motion is based on this notice, the attached memorandum of law, the declaration of Gregory B. Linkh, and the Court's complete files and records in this action, as well as such further argument as the Court may allow at a hearing on this motion.

This Motion is filed pursuant to Section 21D of the Exchange Act, as amended by the PSLRA. This Section provides that within 60 days after publication of the required notice, any member of the proposed class may apply to the Court to be appointed as lead plaintiff, whether or not they have previously filed a complaint in the underlying action. Consequently, counsel for Movant have no way of knowing with certainty who, if any, the competing lead plaintiff candidates are at this time. Therefore, Movant respectfully requests that the pre-motion conference requirement be waived for this motion.

1

Respectfully submitted,

DATED: February 19, 2021

**GLANCY PRONGAY & MURRAY LLP**

By:   */s/ Gregory B. Linkh*
Gregory B. Linkh (GL-0477)
230 Park Ave., Suite 530
New York, NY 10169
Telephone: (212) 682-5340
Facsimile: (212) 884-0988
Email: glinkh@glancylaw.com

Robert V. Prongay
Charles H. Linehan
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: info@glancylaw.com

*Counsel for Movant Raffaele Ferraiori and*
*Proposed Lead Counsel for the Class*

**LAW OFFICES OF HOWARD G. SMITH**
Howard G. Smith
3070 Bristol Pike, Suite 112
Bensalem, PA 19020
Telephone: (215) 638-4847
Facsimile: (215) 638-4867

*Additional Counsel*

2

**PROOF OF SERVICE**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On February 19, 2021, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Southern District of New York, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 19, 2021, at New York, New York.

*/s/ Gregory B. Linkh*
Gregory B. Linkh