# EXHIBIT B

# Loss Chart

**Company Name:**    Triterras, Inc.
**Ticker:**    TRITW
**Class Period:**    August 20, 2020 to December 16, 2020
**Name:**    Raffaele Ferraiori

**Warrants**

| Date | Quantity | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 12/7/2020 | 590 | $3.27 | -$1,929.3000 | | $0.0000 | -$1,929.30 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Warrants Retained:** | **590** | | | | **Subtotal:** | **-$1,929.30** |
| | | | **90-Day Average Price** | **Warrants Retained** | **90-Day Average:** | $1,244.65 |
| | | | $2.1096 | 590 | **Total:** | **-$684.65** |

<u>Note</u>

The 90-Day Average Price used in this loss chart is the average closing price between December 17, 2020 and February 18, 2021.