UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————— x
RAFFAELE FERRAIORI, Individually and on : Civil Action No. 7:20-cv-10795-CS
Behalf of All Others Similarly Situated,              :
                                                      :    CLASS ACTION
                                       Plaintiff,     :
                                                      :    NOTICE OF MOTION FOR
                                                      :    APPOINTMENT AS LEAD PLAINTIFF
       vs.                                            :    AND APPROVAL OF LEAD PLAINTIFF'S
                                                      :    SELECTION OF LEAD COUNSEL
TRITERRAS, INC. f/k/a NETFIN                          :
ACQUISITION CORP., SRINIVAS KONERU :
and MARAT ROSENBERG,                                  :
                                                      :
                                     Defendants.      :
———————————————————— x

4838-2642-1981.v1

TO:    ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that class member and proposed lead plaintiff John A. Erlandson will move this Court, on a date and at such time as may be designated by the Court, in Courtroom 621 of the Charles L. Brieant Jr. United States Courthouse, 300 Quarropas St., White Plains, New York 10601-4150, for an order appointing Mr. Erlandson as Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4, *et seq*., and approving his selection of Robbins Geller Rudman & Dowd LLP as Lead Counsel for the proposed class.  In support of this Motion, Mr. Erlandson submits the accompanying Memorandum of Law, the Declaration of David A. Rosenfeld, and a [Proposed] Order.

DATED:  February 19, 2021            Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD


                              *s/ David A. Rosenfeld*
                            DAVID A. ROSENFELD

58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com

- 1 -

4838-2642-1981.v1

ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIELLE S. MYERS
JENNIFER N. CARINGAL
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dmyers@rgrdlaw.com
jcaringal@rgrdlaw.com

[Proposed] Lead Counsel for [Proposed] Lead
Plaintiff

- 2 -

4838-2642-1981.v1

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on February 21, 2021, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ David A. Rosenfeld
DAVID A. ROSENFELD

ROBBINS GELLER RUDMAN
&  DOWD LLP
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

E-mail:  drosenfeld@rgrdlaw.com

4838-2642-1981.v1

# Mailing Information for a Case 7:20-cv-10795-CS Ferraiori v. Triterras, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Gregory Bradley Linkh**
  glinkh@glancylaw.com,info@glancylaw.com,greg-linkh-2000@ecf.pacerpro.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`