# EXHIBIT A

**TRIT, TRITW CLASS ACTION NOTICE: Glancy Prongay & Murray LLP Files Securities Fraud Lawsuit Against Triterras, Inc. f/k/a Netfin Acquisition Corp.**

**LOS ANGELES-December 21, 2020 -(BUSINESS WIRE)--Glancy Prongay & Murray LLP ("GPM"), announces that it has filed a class action lawsuit in the United States District Court for the Southern District of New York captioned *Ferraiori v. Triterras, Inc., f/k/a Netfin Acquisition Corp., et al.,* (Case No. 1:20-cv-10795) on behalf of persons and entities that purchased or otherwise acquired Triterras, Inc. ("Triterras" or the "Company") f/k/a Netfin Acquisition Corp. ("Netfin") (NASDAQ: TRIT, TRITW) securities between August 20, 2020 and December 16, 2020, inclusive (the "Class Period"). Plaintiff pursues claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act").**

**Investors are hereby notified that they have until 60 days from this notice to move the Court to serve as lead plaintiff in this action.**

**If you suffered a loss on your Triterras investments or would like to inquire about potentially pursuing claims to recover your loss under the federal securities laws, you can submit your contact information at https://www.glancylaw.com/cases/triterras-inc/. You can also contact Charles H. Linehan, of GPM at 310-201-9150, Toll-Free at 888-773-9224, or via email at shareholders@glancylaw.com or visit our website at www.glancylaw.com to learn more about your rights.**

**Triterras is a fintech company focused on trade and trade finance. It operates Kratos, a commodity trading and trade finance platform that connects commodity traders to trade and source capital from lenders directly online. Triterras formed via merger of Netfin and Triterras Fintech Pte. Ltd., which closed on November 11, 2020.**

**Rhodium Resources Pte. Ltd. ("Rhodium") is a commodity trading business controlled by Srinivas Koneru, the Company's Chief Executive Officer ("CEO"). Rhodium enabled the launch of the Kratos platform, and substantially all of the Company's users were referred to it by Rhodium.**

**On December 17, 2020, Triterras stated that Rhodium was seeking a moratorium to shield itself from creditor actions while it planned a restructuring of its debts and continue its business as a going concern.**

**On this news, the Company's share price fell $4.11, or 31%, to close at $9.09 per share on December 17, 2020, on unusually heavy trading volume. The Company's warrant price fell $1.09, or 35%, to close at $2.01 per warrant on December 17, 2020, on unusually heavy trading volume.**

**The complaint filed in this class action alleges that throughout the Class Period, Defendants made materially false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants failed to disclose to investors: (1) the extent to which Company's revenue growth relied on Triterras' relationship with Rhodium to refer users to the Kratos platform; (2) that Rhodium faced significant financial liabilities that jeopardized its ability to continue as a going concern; (3) that, as a result, Rhodium was likely to refer fewer users to the Company's Kratos platform; and (4) that, as a result of the foregoing, Defendants' positive statements about the Company's business, operations, and prospects were materially misleading and/or lacked a reasonable basis.**

**If you purchased or otherwise acquired Triterras securities during the Class Period, you may move the Court no later than 60 days from this notice ask the Court to appoint you as lead plaintiff. To be a member of the Class you need not take any action at this time; you may retain counsel of your choice or take no action and remain an absent member of the Class. If you wish to learn more about this action, or if you have any questions concerning this announcement or your rights or interests with respect to these matters, please contact Charles Linehan, Esquire, of GPM, 1925 Century Park East, Suite 2100, Los Angeles California 90067 at 310-201-9150, Toll-Free**

at 888-773-9224, by email to shareholders@glancylaw.com, or visit our website at www.glancylaw.com. If you inquire by email please include your mailing address, telephone number and number of shares purchased.
Contacts
Glancy Prongay & Murray LLP, Los Angeles
Charles H. Linehan, 310-201-9150 or 888-773-9224
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
www.glancylaw.com
shareholders@glancylaw.co