# EXHIBIT D

DocuSign Envelope ID: E0C4B20C-A317-4FC9-9012-77675C576D60

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

                                             x

RAFFAELE FERRAIORI, Individually and on :   Civil Action No. 7:20-cv-10795-CS
Behalf of All Others Similarly Situated,    :

                                  :   CLASS ACTION

                 Plaintiff,    :

                                  :   DECLARATION OF JOHN A.
    vs.                       :   ERLANDSON

                                  :

TRITERRAS, INC. f/k/a NETFIN        :
ACQUISITION CORP., SRINIVAS KONERU :
and MARAT ROSENBERG,          :

                                  :

               Defendants.    :

                                   x

4827-6775-2925.v1

I, JOHN A. ERLANDSON, declare as follows:

1.      This declaration is made in support of my motion for appointment as lead plaintiff and approval of selection of lead counsel.  I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2.      I am 40 years old and reside in Budd Lake, New Jersey.

3.      I am currently the President of Super Sports Holdings.  Prior to my current position, I was the Chief Revenue Officer at Authentic Brands Group, where I obtained significant experience in overseeing, supervising, and managing others, including managing a team of attorneys.

4.      I attended Temple University in Philadelphia, Pennsylvania, where I obtained an undergraduate degree in exercise physiology.

5.      I have seven years of experience investing in the capital markets.

6.      I suffered substantial losses as a result of my transactions in Triterras, Inc. securities during the Class Period.  As a result, I am motivated to seek to obtain the best possible result for myself and the class.

7.      I understand that a lead plaintiff acts on behalf of and for the benefit of all potential class members and oversees and directs counsel throughout the litigation.

8.      I am aware that, as lead plaintiff, I will interact with and direct counsel, review and comment on important documents in the case, attend important court hearings if my attendance is requested or required by the Court, participate in discovery, participate in settlement discussions, attend trial, if necessary, and authorize any potential settlement on behalf of the class.  I am willing to perform all of these duties on behalf of the class members.

9.      I understand that the lead plaintiff's share of any recovery is the same as every other potential class member.  As my Certification states, I will not accept any payment for serving as a

representative party beyond my *pro-rata* share, except any reasonable costs and expenses – such as lost wages and travel expenses – directly related to the class representation, as ordered or approved by the Court pursuant to the Private Securities Litigation Reform Act of 1995.

10.     I am aware that I have the right to select counsel as part of the lead plaintiff process. Prior to my selection of Robbins Geller Rudman & Dowd LLP, I assessed the firm's qualifications and discussed the lead plaintiff's role and responsibility with Robbins Geller attorneys via telephone and e-mail correspondence.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 18 day of February, 2021, at Budd Lake, New Jersey.

JOHN A. ERLANDSON

4827-6775-2925.v1