UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
RAFFAELE FERRAIORI, Individually and on : Civil Action No. 7:20-cv-10795-CS
Behalf of All Others Similarly Situated, :
 :  CLASS ACTION
           Plaintiff, :
 :  [~~PROPOSED~~] ORDER GRANTING
    vs. :  MOTION FOR APPOINTMENT AS LEAD
 :  PLAINTIFF AND APPROVAL OF LEAD
TRITERRAS, INC. f/k/a NETFIN :  PLAINTIFF'S SELECTION OF LEAD
ACQUISITION CORP., SRINIVAS KONERU :  COUNSEL
and MARAT ROSENBERG, :
 :
           Defendants. :
 :
---------------------------------------------------------------- x

Having considered John A. Erlandson's Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel (the "Motion") and good cause appearing therefor, the Court ORDERS as follows:

1. The Motion is GRANTED.

2. The file in Case No. 7:20-cv-10795-CS shall be the master file for the action. All securities class actions on behalf of purchasers of Triterras, Inc. securities arising out of the same or substantially similar subject matter subsequently filed in, or transferred to, this District shall be consolidated into this action. This Order shall apply to every such action, absent an order of the Court. A party objecting to such consolidation, or to any other provisions of this Order, must file an application for relief from this Order within ten days after the action is consolidated into this action. This Order is entered without prejudice to the rights of any party to apply for severance of any claim or action, with good cause shown.

3. John A. Erlandson is appointed Lead Plaintiff pursuant to 15 U.S.C. §78u-4(a)(3)(B)(iii).

4. John A. Erlandson's selection of Robbins Geller Rudman & Dowd LLP as Lead Counsel is hereby approved, pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v). Lead Counsel shall have the following responsibilities and duties on behalf of Lead Plaintiff and the putative class:

   (a) the preparation and filing of all pleadings;

   (b) the briefing and argument of all motions;

   (c) the conduct of all discovery proceedings including depositions;

   (d) the selection of counsel to act as spokesperson at all pretrial conferences;

   (e) settlement negotiations;

(f) the pretrial discovery proceedings and the preparation for trial and the trial of this matter, and delegation of work responsibilities to selected counsel as may be required; and

(g) the supervision of all other matters concerning the prosecution or resolution of the action.

IT IS SO ORDERED.

DATED: __4/15/21__        _____
                                                       THE HONORABLE CATHY SEIBEL
                                                       UNITED STATES DISTRICT JUDGE