UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

————————————————————————— x
RAFFAELE FERRAIORI, Individually and on :
Behalf of All Others Similarly Situated, :
                                                        :
                                                        :   Case No. 7:20-cv-10795-CS
                            Plaintiff,          :
                                                        :
          vs.                                   :   CLASS ACTION
                                                        :
TRITERRAS, INC. F/K/A NETFIN           :
ACQUISITION CORP., SRINIVAS KONERU, :
and MARAT ROSENBERG,              :
                                                        :
                            Defendants.     :
                                                        :
————————————————————————— x

### STIPULATION AND PROPOSED [ORDER] REGARDING ACCEPTANCE OF FILING OF AMENDED CLASS ACTION COMPLAINT

WHEREAS, on May 17, 2021, the Court "so ordered" the Stipulation and Order Establishing Schedule (ECF No. 29, "Scheduling Order"), which provided for the filing of an amended complaint within 45 days thereof and established a schedule for briefing motions to dismiss thereafter;

WHEREAS, on July 1, 2021 at 6:50 p.m., the Amended Class Action Complaint for Violations of the Federal Securities Laws (ECF No. 34, "AC") was timely filed under the Scheduling Order;

WHEREAS, in addition to Triterras, Inc. ("Triterras"), Srinivas Koneru, and Marat Rosenberg, each of whom was named as a defendant in the initial complaint, the AC named an additional 13 parties as defendants and included a revised caption to reflect those defendants and correct the designation of Triterras, indicating that it is formerly known as Netfin Holdco (not Netfin Acquisition Corp., as reflected in the above caption);

WHEREAS, on July 2, 2021 at 12:00 p.m., the Clerk issued a notification of deficient filing, directing plaintiffs to re-file the AC as a result of ECF designations used for the parties, including the AC's modification of Triterras's name, and advised that "the pleading was filed incorrectly on the due date, therefore the Court's leave must be granted"; and

WHEREAS, the Clerk has separately advised that plaintiffs may submit a stipulation and [proposed] order permitting the correction of the ECF designations and deeming that the AC was filed timely as of July 1, 2021;

IT IS HEREBY STIPULATED AND AGREED, by and between counsel and subject to the Court's approval, as follows:

1.  Plaintiffs may re-file the AC with the correct ECF designations;

2.  The re-filed AC shall be deemed filed as of July 1, 2021;.

3.  This Stipulation may be executed electronically and in counterparts.

Dated: July 2, 2021

ROBBINS GELLER RUDMAN                    DUANE MORRIS LLP
 & DOWD LLP

By:____/s/ *Joseph Russello*_____        By: ____/s/ *Dana B. Klinges*____
    Samuel H. Rudman                          Dana B. Klinges
    Joseph Russello                           Peggy S. Chen
    William A. Massa                      30 South 17th Street
 58 South Service Road, Suite 200        Philadelphia, PA 19103
Melville, NY  11747                      Telephone: 215/979-1143
Telephone:  631/367-7100                 215/405-2632 (fax)
631/367-1173 (fax)                       dklinges@duanemorris.com
srudman@rgrdlaw.com                      pschen@duanemorris.com
jrussello@rgrdlaw.com
wmassa@rgrdlaw.com                       *Counsel for Defendants Triterras, Inc.*
                                         *and Srinivas Koneru*

*Lead Counsel for Plaintiffs*

WHITE & CASE LLP

By:_____/s/ *Kim Havlin*_____
    Kim Havlin
1221 Avenue of the Americas
New York, NY 10020
Telephone:  212/819-8683
212/354-8113 (fax)
kim.havlin@whitecase.com

*Counsel for Defendant Marat Rosenberg*


SO ORDERED.

Dated: ___7/2/2021_____

CATHY SEIBEL, U.S.D.J.