**Robbins Geller Rudman & Dowd LLP**

| Boca Raton | Melville | San Diego |
| Chicago | Nashville | San Francisco |
| Manhattan | Philadelphia | Washington, D.C. |

Joseph Russello
jrussello@rgrdlaw.com

August 25, 2021

<u>VIA ECF,</u>
<u>COURTESY COPY VIA EMAIL</u>

The Honorable Cathy Seibel, U.S.D.J.
United States District Court
    for the Southern District of New York
The Honorable Charles L. Brieant Jr. Federal Building
    and United States Courthouse
300 Quarropas Street
White Plains, NY 10601

      Re:    *Ferraiori v. Triterras, Inc. et al.*, Case No. 7:20-cv-10795-CS

Dear Judge Seibel:

      This firm is lead counsel for plaintiffs. With the consent of the served defendants, we write to respectfully request a 45-day stay of all proceedings to allow the parties to mediate this matter.[1] Under the current schedule, the served defendants must move to dismiss by August 30, 2021. *See* ECF No. 29, ¶3. The parties intend to mediate in good faith and are in the process of exchanging names of potential mediators. We hope to resolve the matter fully, but in the event that our efforts are unsuccessful, the parties respectfully propose the following schedule: Within 30 days after the close of the 45-day mediation period, plaintiffs may file a Second Amended Complaint. Within 90 days of the filing of a Second Amended Complaint or notification that plaintiffs will not amend, defendants will answer, move or otherwise respond to the operative complaint. Consistent with the original schedule, plaintiffs will have 45 days to oppose any motions, and defendants will have 30 days to reply. The parties believe these periods are reasonable given the length and complexity of the current complaint, the anticipated amendment and the addition of twelve new defendants since the Court approved the original schedule. The new defendants, most of whom are individuals, are located all over the world, have not yet been served, and may have separate defenses. We also understand that new defense counsel will be added or substituted and will need time to get up to speed on this complex matter if motion practice is necessary. Accordingly, we respectfully submit a revised scheduling order for the Court's consideration and approval.

      Respectfully submitted,

JOSEPH RUSSELLO

cc:    All Counsel (via ECF and Email)

---

[1] The served defendants are Triterras, Inc., Srinivas Koneru, and Marat Rosenberg. Discussions are ongoing regarding the waiver or acceptance of service of process by the unserved defendants, most of which are located outside of the U.S. and all of which were first named in the July 1, 2021 amended complaint (ECF No. 34).

58 South Service Road     Suite 200     Melville, NY 11747     Tel 631-367-7100     Fax 631-367-1173     rgrdlaw.com