UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | x | |
|---|---|---|
| JOHN A. ERLANDSON and JAMES IAN NORRIS, Individually and on Behalf of All Others Similarly Situated, | : : : : | Case No. 7:20-cv-10795-CS |
| Plaintiffs, | : : | [~~PROPOSED~~] ORDER ESTABLISHING REVISED SCHEDULE |
| vs. | : : : | |
| TRITERRAS, INC. (f/k/a NETFIN HOLDCO), NETFIN ACQUISITION CORP., TRITERRAS FINTECH PTE. LTD., MVR NETFIN LLC, RICHARD MAURER, MARAT ROSENBERG, VADIM KOMISSAROV, GERALD PASCALE, SRINIVAS KONERU, JAMES H. GROH, ALVIN TAN, JOHN A. GALANI, MATTHEW RICHARDS, VANESSA SLOWEY and KENNETH STRATTON, | : : : : : : : : : : | |
| Defendants. | : : | |
| | x | |

IT IS HEREBY ORDERED that:

1.  All proceedings in this action are stayed for 45 days from the Court's approval of this Order, which replaces the May 17, 2021 Stipulation and Order Establishing Schedule (ECF No. 29), to allow the parties to mediate this matter;

2.  Within 30 days after the close of the 45-day mediation period, plaintiffs will file a Second Amended Complaint or notify the defendants that they do not intend to further amend;

3.  Within 60 [~~XX~~] days of the filing of a Second Amended Complaint or notification that plaintiffs will not amend, the defendants who have been served with process, or accepted or waived service of process, as of the date of this Order, will answer, move or otherwise respond to the operative complaint;

4. Within 45 days of the filing of a motion to dismiss, plaintiffs will file papers in opposition to any such motion;

5. Within 30 days of the filing of opposition to any motion to dismiss, the served defendants will file reply papers in further support of any such motion; and

6. If a deadline herein falls on a weekend or federal holiday, the deadline will move to the next business day.

IT IS SO ORDERED.

Dated: 08/26/2021

*Cathy Seibel*

The Honorable Cathy Seibel, U.S.D.J.

The proposed scheduling order is approved with the following modification to paragraph 3: Defendants have 60 days to answer, move, or otherwise respond to the operative complaint after Plaintiffs amend the complaint or notify Defendants that they will not amend.