**Robbins Geller Rudman & Dowd LLP**

| | | |
|---|---|---|
| Boca Raton | Melville | San Diego |
| Chicago | Nashville | San Francisco |
| Manhattan | Philadelphia | Washington, D.C. |

Joseph Russello
jrussello@rgrdlaw.com

October 11, 2021

VIA ECF,
COURTESY COPY VIA EMAIL

The Honorable Cathy Seibel, U.S.D.J.
United States District Court
    for the Southern District of New York
The Honorable Charles L. Brieant Jr. Federal Building
    and United States Courthouse
300 Quarropas Street
White Plains, NY 10601

      Re:     *Ferraiori v. Triterras, Inc. et al.*, Case No. 7:20-cv-10795-CS

Dear Judge Seibel:

This firm is lead counsel for plaintiffs. With the consent of the served defendants, we write to respectfully request a 45-day extension of the stay of all proceedings imposed by the August 26, 2021 Order Establishing Revised Schedule (ECF No. 43, "First Order"). As contemplated in the First Order, the parties participated in an all-day mediation session on October 8, 2021 and believe the process was productive. To allow the parties to continue exploring a potential resolution, they respectfully request a 45-day extension of the stay imposed by the First Order. Accordingly, the parties hereby submit a revised scheduling order for the Court's consideration which provides for a 45-day extension of the stay but leaves the First Order's schedule otherwise intact.

We appreciate the Court's continued attention and courtesies in this matter.

Respectfully submitted,

JOSEPH RUSSELLO

cc:    All Counsel (via ECF and Email)

58 South Service Road    Suite 200    Melville, NY 11747    Tel 631-367-7100    Fax 631-367-1173    rgrdlaw.com