UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOHN A. ERLANDSON and JAMES IAN NORRIS, Individually and on Behalf of All Others Similarly Situated,

    Plaintiffs,

vs.

TRITERRAS, INC. (f/k/a NETFIN HOLDCO), *et al.*,

    Defendants.

Case No. 7:20-cv-10795-CS

SECOND [PROPOSED] ORDER ESTABLISHING REVISED SCHEDULE

---

IT IS HEREBY ORDERED that:

1. The stay of all proceedings imposed by the August 26, 2021 Order Establishing Revised Schedule (ECF No. 43, "First Order") is extended for 45 days from the Court's approval of this Order to allow the parties to continue exploring a potential resolution of this matter;

2. The schedule set forth in the First Order shall remain in place, except that the time by which plaintiffs must file a Second Amended Complaint, or notify the defendants that they will not do so, shall now expire 30 days after the expiration of the 45-day extension of the stay; and

3. If a deadline herein falls on a weekend or federal holiday, the deadline will move to the next business day.

SO ORDERED.

Dated: 10/11/21

*Cathy Seibel*
CATHY SEIBEL, U.S.D.J.

The Clerk shall terminate ECF No. 46.