**Robbins Geller Rudman & Dowd LLP**

| Boca Raton | Melville | San Diego |
|---|---|---|
| Chicago | Nashville | San Francisco |
| Manhattan | Philadelphia | Washington, D.C. |

Joseph Russello
jrussello@rgrdlaw.com

December 20, 2021

<u>VIA ECF,
COURTESY COPY VIA EMAIL</u>

The Honorable Cathy Seibel, U.S.D.J.
United States District Court
    for the Southern District of New York
The Honorable Charles L. Brieant Jr. Federal Building
    and United States Courthouse
300 Quarropas Street
White Plains, NY 10601

    Re:    *Ferraiori v. Triterras, Inc. et al.*, Case No. 7:20-cv-10795-CS

Dear Judge Seibel:

    This firm is lead counsel for plaintiffs. With the consent of the served defendants, we write to respectfully request a new 45-day stay of these proceedings. The parties have made substantial progress on resolving this case, but require more time to complete negotiations. Accordingly, the parties respectfully request that the Court approve the Third Proposed Order Establishing Revised Schedule, submitted herewith for consideration.

    This will be the third request for a stay. The Court entered the first 45-day stay on August 26, 2021 (ECF No. 43) and extended it for 45 days on October 11, 2021 (ECF No. 47). The stay ultimately expired on November 25, 2021 as negotiations continued. Because the parties continue to make progress but wish to preserve the status quo, they now request entry of a new stay.

    Under the Second Order Establishing Revised Schedule, plaintiffs must file a Second Amended Complaint, or notify defendants that they will not do so, within 30 days of the expiration of the last stay. ECF No. 47, ¶2. Because that 30-day period expires on Saturday, December 25, 2021, it moves to Monday, December 27, 2021. *See id.*, ¶3. The Third Order extends that deadline for 30 days after the new stay expires, but otherwise adopts the schedule set forth in the First Order (ECF No. 43, ¶¶2-5), consistent with the Second Order (ECF No. 47, ¶2).

    We appreciate the Court's continued attention and courtesies in this matter.

        Respectfully submitted,

        JOSEPH RUSSELLO

cc:    All Counsel (via ECF and Email)