UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————— x
JOHN A. ERLANDSON and JAMES IAN :   Case No. 7:20-cv-10795-CS
NORRIS, Individually and on Behalf of All :
Others Similarly Situated, :
:   THIRD [PROPOSED] ORDER
                        Plaintiffs, :   ESTABLISHING REVISED SCHEDULE
:
vs. :
:
TRITERRAS, INC. (f/k/a NETFIN :
HOLDCO), *et al.*, :
:
                  Defendants. :
:
———————————————————— x

IT IS HEREBY ORDERED that:

1.     All proceedings shall be stayed for 45 days from the Court's approval of this Order to allow the parties to continue exploring a potential resolution of this matter;

2.     The schedule set forth in the August 26, 2021 Order Establishing Revised Schedule (ECF No. 43) shall remain in place, except that the time by which plaintiffs must file a Second Amended Complaint, or notify the defendants that they will not do so, shall now expire 30 days after the expiration of the 45-day stay provided for herein; and

3.     If a deadline herein falls on a weekend or federal holiday, the deadline will move to the next business day.

                                 IT IS SO ORDERED.

Dated: _____           _____

                                 The Honorable Cathy Seibel, U.S.D.J.