UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- x
JOHN A. ERLANDSON and JAMES IAN : Case No. 7:20-cv-10795-CS
NORRIS, Individually and on Behalf of All :
Others Similarly Situated, :
: THIRD [PROPOSED] ORDER
                 Plaintiffs, : ESTABLISHING REVISED SCHEDULE
:
vs. :
:
TRITERRAS, INC. (f/k/a NETFIN :
HOLDCO), *et al.*, :
:
                 Defendants. :
:
---------------------------------------- x

     IT IS HEREBY ORDERED that:

     1.     All proceedings shall be stayed for 45 days from the Court's approval of this Order to allow the parties to continue exploring a potential resolution of this matter;

     2.     The schedule set forth in the August 26, 2021 Order Establishing Revised Schedule (ECF No. 43) shall remain in place, except that the time by which plaintiffs must file a Second Amended Complaint, or notify the defendants that they will not do so, shall now expire 30 days after the expiration of the 45-day stay provided for herein; and

     3.     If a deadline herein falls on a weekend or federal holiday, the deadline will move to the next business day.

SO ORDERED.

Dated: December 20, 2021

*Cathy Seibel*
CATHY SEIBEL, U.S.D.J.

- 1 -