# ROBBINS GELLER RUDMAN & DOWD LLP

| | | |
|---|---|---|
| Boca Raton | Melville | San Diego |
| Chicago | Nashville | San Francisco |
| Manhattan | Philadelphia | Washington, D.C. |

Joseph Russello
jrussello@rgrdlaw.com

February 4, 2022

<u>VIA ECF,
COURTESY COPY VIA EMAIL</u>

The Honorable Cathy Seibel, U.S.D.J.
United States District Court
   for the Southern District of New York
The Honorable Charles L. Brieant Jr. Federal Building
   and United States Courthouse
300 Quarropas Street
White Plains, NY 10601

    Re:    *Ferraiori v. Triterras, Inc. et al.*, Case No. 7:20-cv-10795-CS

Dear Judge Seibel:

This firm is lead counsel for plaintiffs. With the consent of the served defendants, we write to inform the Court that the parties have reached an agreement in principle to resolve this action. The parties are in the process of negotiating the stipulation of settlement and associated documents. Because the stay of this action expired yesterday and deadlines under the operative schedule are based off of the stay's expiration, however, we respectfully request that the Court vacate the scheduling orders to afford the parties time to negotiate and finalize such documentation without the need to request additional extensions of the schedule. The schedule is set forth, collectively, in the August 26, 2021 Order Establishing Revised Schedule (ECF No. 43) and the December 20, 2021 Third Order Establishing Revised Schedule (ECF No. 49). A [Proposed] Order, which provides for vacatur of these orders, is submitted for the Court's consideration.

If this is acceptable, we respectfully request permission to update the Court on the parties' progress by letter via ECF (with courtesy copy by email) on the first business day of each month. We will also advise the Court promptly after the parties have executed the stipulation of settlement. The [Proposed] Order requires notice as outlined herein and, for the sake of efficiency, eliminates the need for a pre-motion conference before the filing of a motion for preliminary or final approval of the proposed settlement.

We appreciate the Court's continued attention and courtesies in this matter.

Respectfully submitted,

JOSEPH RUSSELLO

cc:   All Counsel (via ECF and Email)