UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN A. ERLANDSON and JAMES IAN NORRIS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TRITERRAS, INC. (f/k/a NETFIN HOLDCO), *et al.*,<br><br>Defendants. | Case No. 7:20-cv-10795-CS<br><br>[PROPOSED] ORDER |

IT IS HEREBY ORDERED that:

1.      The August 26, 2021 Order Establishing Revised Schedule (ECF No. 43) and the December 20, 2021 Third Order Establishing Revised Schedule (ECF No. 49) are VACATED;

2.      The parties shall inform the Court of their progress in negotiating and finalizing the stipulation of settlement (and associated documents) by letter via ECF (with courtesy copy by email) on the first business day of each month until that process is concluded;

3.      Plaintiffs shall advise the Court promptly after the parties have signed the stipulation of settlement, by filing either an update letter (via ECF with courtesy copy by email) or a motion for preliminary approval of the proposed settlement; and

4.      No pre-motion conference is required by Item 2.A of the Court's Individual Practices before the filing of a motion for preliminary or final approval of the proposed settlement.

IT IS SO ORDERED.

Dated: _____        _____
                                      The Honorable Cathy Seibel, U.S.D.J.

- 1 -