UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――― x
JOHN A. ERLANDSON and JAMES IAN : Civil Action No. 7:20-cv-10795-CS
NORRIS, Individually and on Behalf of All :
Others Similarly Situated, : CLASS ACTION
:
                                Plaintiffs, : PLAINTIFFS' NOTICE OF UNOPPOSED
: MOTION FOR PRELIMINARY APPROVAL
    vs. : OF SETTLEMENT
:
TRITERRAS, INC. (f/k/a NETFIN :
HOLDCO), NETFIN ACQUISITION CORP., :
TRITERRAS FINTECH PTE. LTD., MVR :
NETFIN LLC, RICHARD MAURER, :
MARAT ROSENBERG, VADIM :
KOMISSAROV, GERALD PASCALE, :
SRINIVAS KONERU, JAMES H. GROH, :
ALVIN TAN, JOHN A. GALANI, :
MATTHEW RICHARDS, VANESSA :
SLOWEY and KENNETH STRATTON, :
:
                              Defendants. :
:
―――――――――――――――――――――――― x

TO:    ALL PARTIES AND THEIR ATTORNEYS OF RECORD

       PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, the Stipulation and Agreement of Settlement, executed as of April 27, 2022 ("Stipulation," filed concurrently), with exhibits, and all prior pleadings and proceedings had herein, Plaintiffs John A. Erlandson and James Ian Norris ("Plaintiffs") respectfully move this Court, before the Honorable Cathy Seibel, United States District Judge for the Southern District of New York, at The Honorable Charles L. Brieant Jr. Federal Building and United States Courthouse, 300 Quarropas Street, White Plains, New York 10601, for entry of the [Proposed] Order Preliminarily Approving Settlement and Providing for Notice, agreed upon by all parties:[1]

―――――――――――――
[1]    Unless defined herein, all capitalized terms herein are defined in the Stipulation.

(1)   granting preliminary approval of the proposed Settlement;

(2)   certifying the proposed Class, appointing Plaintiffs as Class Representatives, and designating Robbins Geller Rudman & Dowd LLP as Class Counsel, for purposes of the Settlement;

(3)   approving the form and manner of notice of the proposed Settlement to the Class; and

(4)   setting a hearing date for final approval of the Settlement, as well as a schedule for various deadlines relevant to that process.

Defendants do not oppose this motion.

DATED: May 13, 2022                  Respectfully submitted,

                                     ROBBINS GELLER RUDMAN
                                       & DOWD LLP
                                     SAMUEL H. RUDMAN
                                     JOSEPH RUSSELLO


                                           s/ Joseph Russello
                                     JOSEPH RUSSELLO

                                     58 South Service Road, Suite 200
                                     Melville, NY  11747
                                     Telephone:  631/367-7100
                                     631/367-1173 (fax)
                                     srudman@rgrdlaw.com
                                     jrussello@rgrdlaw.com

                                     *Lead Counsel for Plaintiffs*

                                     LEVI & KORSINSKY, LLP
                                     MARK S. REICH
                                     55 Broadway, 10th Floor
                                     New York, NY  10006
                                     Telephone:  212/363-7500
                                     212/363-7171 (fax)
                                     mreich@zlk.com

                                     *Additional Counsel for Plaintiff Norris*