UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| JOHN A. ERLANDSON and JAMES IAN NORRIS, Individually and on Behalf of All Others Similarly Situated, | : | Civil Action No. 7:20-cv-10795-CS |
| | : | |
| | : | CLASS ACTION |
| | : | |
| Plaintiffs, | : | DECLARATION OF ROSS D. MURRAY REGARDING NOTICE DISSEMINATION, PUBLICATION, AND REQUESTS FOR EXCLUSION RECEIVED TO DATE |
| vs. | : | |
| | : | |
| TRITERRAS, INC. (f/k/a NETFIN HOLDCO), NETFIN ACQUISITION CORP., TRITERRAS FINTECH PTE. LTD., MVR NETFIN LLC, RICHARD MAURER, MARAT ROSENBERG, VADIM KOMISSAROV, GERALD PASCALE, SRINIVAS KONERU, JAMES H. GROH, ALVIN TAN, JOHN A. GALANI, MATTHEW RICHARDS, VANESSA SLOWEY and KENNETH STRATTON, | : | |
| | : | |
| Defendants. | : | |

I, ROSS D. MURRAY, declare and state as follows:

1.      I am employed as a Vice President of Securities by Gilardi & Co. LLC ("Gilardi"), located at 1 McInnis Parkway, Suite 250, San Rafael, California.  The following statements are based on my personal knowledge and information provided to me by other Gilardi employees and if called to testify I could and would do so competently.

2.      Pursuant to this Court's May 20, 2022 Order Preliminarily Approving Settlement and Providing for Notice ("Notice Order") (ECF 60), Gilardi was appointed as the Claims Administrator to supervise and administer the notice procedure as well as the processing of claims in connection with the proposed Settlement of the above-captioned litigation (the "Litigation").[1]  I oversaw the notice services that Gilardi provided in accordance with the Notice Order.

3.      I respectfully submit this declaration to provide the Court and the parties to the Litigation with information regarding: (i) mailing of the Court-approved Notice of Pendency and Proposed Settlement of Class Action (the "Notice") and Proof of Claim and Release form (the "Proof of Claim") (collectively, the "Claim Package," attached hereto as Exhibit A); (ii) publication of the Summary Notice; (iii) establishment of the website and toll-free telephone number dedicated to this Settlement; and (iv) the number of requests for exclusion from the Class received to date by Gilardi.

## DISSEMINATION OF THE CLAIM PACKAGE

4.      Pursuant to the Notice Order, Gilardi is responsible for disseminating the Claim Package to potential Class Members.  The Class consists of all Persons who purchased or otherwise acquired the Class A common stock or warrants of Triterras, Inc. ("Triterras") from June 29, 2020 to and including January 14, 2021.  Excluded from the Class are Defendants and their families, officers, affiliates, entities in which they have or had a controlling interest, and the legal representatives, heirs, successors-in-interest or assigns of any such excluded party.  Also excluded

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Stipulation and Agreement of Settlement dated April 27, 2022 (the "Stipulation") (ECF 57), which is available on the website established for the Settlement at www.TriterrasSecuritiesSettlement.com.

from the Class are Persons who timely and validly request exclusion from the Class, as approved by the Court.

5.      Gilardi received a file via email from Triterras's transfer agent containing the names and addresses of potential Class Members.  The list was reviewed to identify and eliminate duplicate entries and incomplete data, resulting in a usable mailing list of 11 unique names and addresses.  Gilardi had the unique name and address data printed on to Claim Packages, posted the Claim Packages for First-Class Mail, postage prepaid, and delivered 11 Claim Packages on June 3, 2022, to the United States Post Office for mailing.

6.      In addition, on June 3, 2022, as part of its normal mailing procedures, Gilardi mailed, by First-Class Mail, Claim Packages and cover letters to 281 brokerages, custodial banks, and other institutions ("Nominee Holders") that hold securities in "street name" as nominees for the benefit of their customers, who are the beneficial owners of the securities.  The Nominee Holders also include a group of filers/institutions who have requested notification of every securities case.  These Nominee Holders are included in a proprietary database created and maintained by Gilardi.  In Gilardi's experience, the Nominee Holders included in this proprietary database represent a significant majority of the beneficial holders of securities.  The cover letter accompanying the Claim Packages advised the Nominee Holders of the proposed Settlement and requested their cooperation in forwarding the Claim Packages to potential Class Members.  In the more than three decades that Gilardi has been providing notice and claims administration services in securities class actions, Gilardi has found the majority of potential class members hold their securities in street name and are notified through the Nominee Holders.  Gilardi also mailed Claim Packages and cover letters to the 4,445 institutions included on the United States Securities and Exchange Commission's ("SEC") list of active brokers and dealers at the time of mailing.  A sample of the cover letter mailed to Nominee Holders and the institutions included on the SEC's list of active brokers and dealers is attached hereto as Exhibit B.

7.      On June 3, 2022, Gilardi also delivered electronic copies of the Claim Package to 366 registered electronic filers who are qualified to submit electronic claims.  These filers are

primarily institutions and third-party filers who typically file numerous claims on behalf of beneficial owners for whom they act as trustees or fiduciaries.

8.      As part of the notice program for this Litigation, on June 3, 2022, Gilardi also delivered electronic copies of the Claim Package via email to be published by the Depository Trust Company on its Legal Notice System.  The Depository Trust Company Legal Notice System enables the participating bank and broker nominees to review the Claim Package and contact Gilardi for copies of the Claim Package for their beneficial holders.

9.      Gilardi has acted as a repository for shareholder and nominee inquiries and communications received in this Litigation.  In this regard, Gilardi has forwarded the Claim Package on request to nominees who purchased or acquired Triterras Class A common stock or warrants for the beneficial interest of other persons.  Gilardi has also forwarded the Claim Package directly to beneficial owners upon receipt of the names and addresses from such beneficial owners or nominees.

10.     Following the initial mailing, Gilardi received 16 responses to the outreach efforts described above, which included computer files containing a total of 11,097 names and addresses of potential Class Members.  In addition, 25 institutions requested that Gilardi send them a total of 24,043 Claim Packages for forwarding directly to their clients.  Gilardi has satisfied each of these requests in a timely manner.

11.     As of July 29, 2022, Gilardi has mailed a total of 40,243 Claim Packages to potential Class Members and nominees.

## PUBLICATION OF THE SUMMARY NOTICE

12.     In accordance with the Notice Order, on June 17, 2022, Gilardi caused the Summary Notice to be published in *The Wall Street Journal* and to be transmitted over *Business Wire*, as shown in the confirmations of publication attached hereto as Exhibit C.

## TELEPHONE HELPLINE AND WEBSITE

13.     On June 3, 2022, in conjunction with the mailing of the Notice, Gilardi established and continues to maintain a case-specific, toll-free telephone helpline, 1-888-850-0265, to

accommodate potential Class Member inquiries.  The toll-free number was set forth in the Notice and on the case website.  Gilardi has promptly responded, and will continue to promptly respond, to all inquiries to the toll-free telephone helpline.

14.    On June 3, 2022, Gilardi established and continues to maintain a website dedicated to this Litigation (www.TriterrasSecuritiesSettlement.com) to provide additional information to Class Members and to provide answers to frequently asked questions.  The web address was set forth in the Claim Package and the Summary Notice.  The website includes information regarding the Litigation and the Settlement, including the objection and claim filing deadlines, and the date, time, and location of the Court's Settlement Hearing.  Copies of the Notice, Proof of Claim, Stipulation, and Notice Order are posted on the website and are available for downloading.  Class Members can also complete and submit a Proof of Claim online, through the website.

**REQUESTS FOR EXCLUSION RECEIVED TO DATE**

15.    The Notice informs potential Class Members that written requests for exclusion from the Class must be mailed to *Triterras Securities Settlement*, Claims Administrator, c/o Gilardi & Co. LLC, EXCLUSIONS, 150 Royall Street, Suite 101, Canton, MA 02021, such that they are postmarked no later than August 16, 2022.

16.    The Notice also sets forth the information that must be included in each request for exclusion.  Gilardi has monitored, and will continue to monitor, all mail delivered to this address. As of the date of this declaration, Gilardi has not received any requests for exclusion.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this 29th day of July, 2022, at San Rafael, California.

_____
ROSS D. MURRAY

- 4 -

<u>CERTIFICATE OF SERVICE</u>

I hereby certify under penalty of perjury that on August 2, 2022, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

*s/ Joseph Russello*
JOSEPH RUSSELLO

ROBBINS GELLER RUDMAN
      & DOWD LLP
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

Email:  jrussello@rgrdlaw.com

# Mailing Information for a Case 7:20-cv-10795-CS Ferraiori v. Triterras, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Landis C. Best**
  lbest@cahill.com,MA@cahill.com

- **Bradley Joseph Bondi**
  bbondi@cahill.com,MA@cahill.com

- **Peggy Senyie Chen**
  pschen@duanemorris.com,managingclerk@ssbb.com,nydocket@duanemorris.com,autodocketny@duanemorris.com

- **Kimberly Anne Havlin**
  kim.havlin@whitecase.com,jdisanti@whitecase.com,mco@whitecase.com

- **Dana B. Klinges**
  dklinges@duanemorris.com,dgartner@duanemorris.com

- **Charles H. Linehan**
  clinehan@glancylaw.com,charles-linehan-8383@ecf.pacerpro.com

- **Gregory Bradley Linkh**
  glinkh@glancylaw.com,info@glancylaw.com,greg-linkh-2000@ecf.pacerpro.com

- **William A. Massa**
  wmassa@rgrdlaw.com

- **Theodore J. Pintar**
  tedp@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **David Avi Rosenfeld**
  drosenfeld@rgrdlaw.com,e_file_ny@rgrdlaw.com,e_file_sd@rgrdlaw.com,drosenfeld@ecf.courtdrive.com

- **Samuel Howard Rudman**
  srudman@rgrdlaw.com,e_file_ny@rgrdlaw.com,mblasy@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Joseph Frank Russello**
  jrussello@rgrdlaw.com,e_file_ny@rgrdlaw.com,e_file_sd@rgrdlaw.com,jrussello@ecf.courtdrive.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)