EXHIBIT C

**B6** | Friday, June 17, 2022

THE WALL STREET JOURNAL.

# NEW HIGHS AND LOWS

WSJ.com/newhighs

The following explanations apply to the New York Stock Exchange, NYSE Arca, NYSE American and Nasdaq Stock Market stocks that hit a new 52-week intraday high or low in the latest session. % CHG-Daily percentage change from the previous trading session.

### Thursday, June 16, 2022

| Stock | Sym | Hi/Lo | Chg |
|---|---|---|---|
| **Highs** | | | |
| Alvotech | ALVO | 14.04 | 19.3 |
| CartesianGrwll | RENEU | 10.14 | 0.6 |
| FortressCapA | FCAX | 9.98 | -0.1 |
| GabelliPfdA | GLUpA | 53.90 | 6.1 |
| GenesisUnicorn | GENQU | 10.19 | 0.5 |
| GroceryOutlet | GO | 40.64 | 4.1 |
| HeartTestLabsWt | HSCSW | 0.73 | 31.2 |
| Investcorpindia | IVCAU | 10.09 | 0.1 |
| JohnMarshallBncp | JMSB | 29.50 | 3.6 |
| LakeshoreI A | LAAA | 10.91 | |
| LytusTech | LYT | 29.00 | 24.9 |
| Pharvaris | PHVS | 22.94 | 6.1 |
| Valuence I A | VMCA | 10.50 | 0.3 |
| ZhongYangFin | TOP | 38.90 | 24.8 |
| **Lows** | | | |
| ACCO Brands | ACCO | 6.41 | -4.6 |
| ACI Worldwide | ACIW | 23.63 | -6.8 |
| AC Immune | ACIU | 2.06 | -17.8 |
| AcresCmclPfdC | ACRpC | 20.53 | -7.6 |
| ACRESCmclPfdD | ACRpD | 20.30 | -4.2 |
| ADC Therap | ADCT | 5.52 | -1.5 |
| ADT | ADT | 6.05 | -4.9 |
| AEA-BridgesWt | WPLWS | 0.35 | |
| AGCO | AGCO | 106.39 | -5.5 |
| AG Mortgage | MITT | 6.18 | -7.6 |
| AG Mortgage PfdC | MITTpC | 17.81 | -6.1 |
| AG Mortgage PfdB | MITTpB | 17.98 | -6.0 |
| AG Mortgage PfdA | MITTpA | 19.36 | -2.3 |
| AGNC Invt | AGNC | 9.99 | -6.0 |
| AGNC InvtPfdC | AGNCN | 22.09 | -4.5 |
| AGNC InvtPfdD | AGNCM | 19.81 | -7.2 |
| AGNC InvtPfdE | AGNCO | 20.67 | -5.5 |
| AGNC InvtPfdF | AGNCP | 20.27 | -3.6 |
| AMC Networks | AMCX | 27.89 | -4.5 |
| AMTD IDEA | AMTD | 1.11 | |
| AN Pham | ANIP | 22.31 | -2.9 |
| Ansys | ANSS | 225.92 | -4.6 |
| ASGN | ASGN | 78.80 | -5.4 |

| Stock | Sym | Hi/Lo | Chg |
|---|---|---|---|
| ASML | ASML | 465.50 | -7.4 |
| ASPACIIIAcqn | ASCB | 9.81 | -0.2 |
| AZEK | AZEK | 15.52 | -13.9 |
| AZZ | AZZ | 41.41 | -3.5 |
| Aaron's | AAN | 14.83 | -5.3 |
| AbbottLabs | ABT | 101.24 | -2.6 |
| Abercrombie&Fitch | ANF | 17.96 | -7.9 |
| Abiomed | ABMD | 219.85 | -3.3 |
| AcadiaRealty | AKR | 15.56 | -2.2 |
| Accuray | ARAY | 1.70 | -6.9 |
| AchieveLifeSci | ACHV | 5.58 | -6.6 |
| AcuityBrands | AYI | 157.16 | -6.4 |
| AcutusMedical | AFIB | 0.48 | -6.9 |
| Adient | ADNT | 27.95 | -12.0 |
| Adobe | ADBE | 360.90 | -3.1 |
| AdTheorent | ADTH | 3.50 | -2.1 |
| AdvanceAuto | AAP | 164.24 | -3.1 |
| AdvDrainageSys | WMS | 84.60 | -8.3 |
| AdvEmissions | ADES | 4.50 | -5.6 |
| AdvEnergyInds | AEIS | 68.65 | -6.7 |
| AdvantageSolnsWt | ADVWW | 0.22 | -20.0 |
| Aemetis | AMTX | 5.26 | -6.0 |
| AerCap | AER | 37.20 | -7.2 |
| AEternaZentaris | AEZS | 0.16 | 1.7 |
| AffiliatedMgrs | AMG | 112.38 | -5.6 |
| Affimed | AFMD | 2.23 | -2.1 |
| AgEagleAerial | UAVS | 0.58 | -9.2 |
| AgiosPharm | AGIO | 16.75 | -6.5 |
| Agrify | AGFY | 1.92 | -7.0 |
| AirLease | AL | 29.75 | -7.4 |
| AirTPfd | AIRTP | 20.20 | -0.8 |
| Airbnb | ABNB | 85.00 | -7.5 |
| AirSculptTech | AIRS | 6.08 | -22.3 |
| AkamaiTech | AKAM | 86.99 | -3.9 |
| AkebiaTherap | AKBA | 0.30 | -9.0 |
| Akero | AKRO | 8.80 | -7.6 |
| Akumin | AKU | 0.58 | -11.5 |
| Alamos | AGI | 6.50 | -5.6 |
| AleusFinancial | ALRS | 22.40 | -1.3 |
| Alexander&Baldwin | ALEX | 17.43 | -3.3 |
| AllegoADS | ALLG | 216.01 | -2.2 |

| Stock | Sym | Hi/Lo | Chg |
|---|---|---|---|
| AlexandriaREst | ARE | 130.02 | -3.8 |
| Alfi | ALF | 1.05 | 18.5 |
| AlgonquinPwrUn | AQNU | 42.00 | -2.2 |
| AlgonquinPwr | AQN | 12.96 | -2.2 |
| Alight | ALIT | 6.74 | -6.2 |
| AlignTech | ALGN | 228.35 | -5.7 |
| Allakos | ALLK | 2.54 | -7.1 |
| AllegiantTravel | ALGT | 113.00 | -7.0 |
| Allegion | ALLE | 95.71 | -4.3 |
| AllegoWt | ALLGWS | 0.45 | -0.2 |
| AllegroMicro | ALGM | 20.09 | -7.7 |
| AlliantEnergy | LNT | 54.29 | -1.4 |
| AlloVir | ALVR | 3.17 | -3.7 |
| AllyFinancial | ALLY | 32.05 | -7.4 |
| AlphaCapWt | ASPCW | 0.23 | 50.1 |
| Alphatec | ATEC | 6.19 | -5.9 |
| AlpineIncmProp | PINE | 17.27 | -1.6 |
| AltaEquipment | ALTG | 9.20 | -8.4 |
| Alteryx | AYX | 43.45 | -7.2 |
| AlticeUSA | ATUS | 7.58 | -14.3 |
| Ambarella | AMBA | 64.69 | -8.8 |
| Ambev | ABEV | 2.42 | -3.5 |
| AmbowEduc | AMBO | 0.31 | -21.8 |
| Amcor | UHAL | 447.92 | -4.2 |
| AmerAirlines | AAL | 11.96 | -8.6 |
| AmericanAssets | AAT | 28.42 | -2.3 |
| AmerEqInvLifePfB | AELpB | 23.56 | -1.8 |
| AmerEqInvLifePfdA | AELpA | 21.90 | -3.3 |
| Amerco | AGIO | 16.75 | -6.5 |
| ArctosNorthWt | ANAC.WS | 0.15 | -11.9 |
| ArcturusTherap | ARCT | 11.70 | -7.9 |
| Ardelyx | ARDX | 0.49 | -5.2 |
| AresCapital | ARCC | 17.03 | -4.6 |
| AresCommRealEst | ACRE | 11.21 | -5.1 |
| AresMgmt | ARES | 53.15 | -6.4 |
| ArgoBlockchainAds | ARBK | 4.11 | -14.0 |
| ArgoBlockchainPfdA | ARBKL | 17.50 | -4.1 |
| Arhaus | ARHS | 4.88 | -7.6 |
| ArmourResREIT | ARR | 5.73 | -5.9 |
| ArmourRsidPfdC | ARRpC | 19.59 | -7.8 |
| ArmstrongWorld | AWI | 75.76 | -4.2 |
| ArqitQuantum | ARQQ | 1.90 | -9.5 |
| ArrowWt | ARW | 105.34 | -6.0 |

| Stock | Sym | Hi/Lo | Chg |
|---|---|---|---|
| Asana | ASAN | 16.20 | -11.2 |
| AscendantDigWt | ACDLWS | 0.13 | -23.1 |
| AspenAerogels | ASPN | 13.55 | -5.8 |
| AspenInsPfd | AHLpC | 21.96 | -0.2 |
| AssociatedBanc | ASB | 18.17 | -4.0 |
| AssocBancPfdF | ASBpF | 21.16 | -1.5 |
| Asterix | ATEX | 37.70 | -3.6 |
| Astrotech | ASTC | 0.43 | -0.6 |
| AthenePfdA | ATHpA | 23.40 | -2.6 |
| AthenePfdD | ATHpD | 17.31 | -0.7 |
| AtlCoastalWt | ACAHW | 0.08 | -12.2 |
| AtlUnionBks | ASB | 31.44 | -3.2 |
| AtlanticusNts26 | ATLCL | 23.41 | -2.8 |
| AtlasAir | AAWW | 61.86 | -4.7 |
| AtlasStratII Wt | APGUWS | 0.75 | -0.8 |
| Appian | APPN | 38.78 | -8.5 |
| AtlasTech | ATCX | 6.05 | -12.3 |
| Atotech | ATC | 28.29 | -1.6 |
| AtriCure | ATRC | 32.84 | -2.7 |
| Audacy | AUD | 1.16 | -4.0 |
| AuraBiosciences | AURA | 12.51 | -6.2 |
| AuraFatProjectsWt | AFARW | 0.08 | -6.3 |
| AuroraInnovWt | AUROW | 0.37 | -9.4 |
| AusterlitzII Wt | ASZ.WS | 0.23 | -15.5 |
| Autodesk | ADSK | 163.20 | -7.0 |
| Autoliv | ALV | 66.25 | -7.4 |
| AutolusTherap | AUTL | 1.96 | -1.0 |
| Avalara | AVLR | 66.39 | -6.1 |
| Avalonbay | AVB | 183.35 | -6.6 |
| AvanosMedical | AVNS | 24.54 | -3.0 |
| AveryDennison | AVY | 151.62 | -4.8 |
| AvidityBio | RNA | 10.89 | -1.0 |
| Avient | AVNT | 40.11 | -9.0 |
| AvinoMittalNts | RCEL | 4.57 | -8.0 |
| AyalaPharm | AYLA | 1.29 | -6.4 |
| Azul | AZUL | 7.32 | -11.1 |
| Biophytis | BPTS | 0.94 | -11.0 |
| Bio-RadLab A | BIO | 463.65 | -2.1 |
| BiosigTech | BSGM | 0.63 | -1.7 |
| Bitfarms | BITF | 1.28 | -9.1 |
| BirdGlobalWt | BRDS.WS | 0.08 | -2.3 |
| BitDigital | BTBT | 1.19 | -8.3 |
| BlackSky | BKSY | 0.80 | -2.7 |
| BlackRockCapInvt | BKCC | 3.43 | -7.0 |
| BlackRock | BLK | 575.60 | -2.4 |
| BlackBerry | BB | 5.65 | -5.9 |
| BladeAirWt | BLDEW | 0.12 | -11.3 |
| BladeAir | BLDE | 4.77 | -7.9 |

| Stock | Sym | Hi/Lo | Chg |
|---|---|---|---|
| BadgerMeter | BMI | 73.20 | -2.3 |
| BakktWt | BKKT.WS | 0.70 | -2.8 |
| Balchem | BCPC | 112.58 | -2.3 |
| Ball | BALL | 62.91 | -4.5 |
| Bally's | BALY | 18.33 | -12.9 |
| Bladex | BXS | 6.28 | -0.1 |
| BancoMacro | BMA | 11.90 | -3.3 |
| BancOZK | OZK | 34.79 | -5.0 |
| BankofAmerica | BAC | 30.86 | -6.6 |
| BankofAmPfdL | BACpL | 1,150.00 | 0.0 |
| BankofAmPfdE | BACpE | 18.90 | -2.6 |
| BankofAmPfdL | BACpL | 1,162.20 | 3.0 |
| BankofHawaii | BOH | 70.07 | -2.7 |
| BankofPrinceton | BPRN | 26.58 | -2.4 |
| BankofWhittier | BKW | 12.82 | -3.9 |
| BankJamesFinl | BOTJ | 12.19 | -1.4 |
| BankFinancial | BFIN | 9.30 | -0.7 |
| BankUnited | BKU | 34.57 | -4.7 |
| BarHarborBkshs | BHB | 24.00 | -1.9 |
| BaringsBDC | BBDC | 9.24 | -3.1 |
| BarnesGroup | B | 31.01 | -6.2 |
| Bath&BodyWks | BBWI | 31.68 | -5.6 |
| BauschHealth | BHC | 7.21 | -7.1 |
| BaxterIntl | BAX | 64.78 | -3.7 |
| BeazerHomes | BZH | 10.44 | -5.3 |
| BectonDickinsnPfB | BHFAD | 47.78 | -0.9 |
| BedBath | BBY | 5.95 | -7.3 |
| BerkHathway A | BRK.A | 400669 | -3.5 |
| BerkHathway B | BRK.B | 266.88 | -3.7 |
| BerryGlobal | BERY | 50.10 | -6.5 |
| BerryGlobal | BG | 76.16 | -4.9 |
| Betterware | BWMX | 10.76 | -1.1 |
| BicycleTherap | BCYC | 12.08 | -4.0 |
| BigLots | BIG | 20.36 | -7.0 |
| BigBear.aiWt | BBAI | 3.86 | -1.7 |
| BigBear.aiWt | BBAIWS | 0.31 | -13.6 |
| Biocept | BIOC | 1.11 | -5.0 |
| BioPharm | BPFS | 7.12 | -1.1 |
| Brookfield | BAM | 45.10 | -5.7 |
| BrookfldInfPfd14 | BIPpB | 17.05 | -1.5 |
| BrookfldInfPfd13 | BIPpA | 17.27 | -0.5 |
| BrookfldInfPfd13 | BIPpN | 17.74 | -0.8 |
| BrooklineBcp | BRKL | 13.04 | -2.7 |
| BrooklynImmuno | BTX | 0.50 | -8.2 |
| Bros | BROS | 35.17 | -6.5 |
| Buzzfeed | BZFD | 1.61 | -5.2 |
| byNordicAcqnWt | BYNOW | 0.10 | -17.1 |
| C&F Fin | CFFI | 46.00 | -4.7 |
| C-Bond | CBD | 3.36 | -4.2 |
| C4 Therap | CCCC | 4.58 | -3.8 |
| CAI Intl | CAI | 25.49 | 0.0 |
| CGI | GIB | 73.76 | -2.5 |
| CLPS | CLPS | 1.50 | -0.6 |

| Stock | Sym | Hi/Lo | Chg |
|---|---|---|---|
| Block | SQ | 56.72 | -8.6 |
| BlonderTongueLab | BDR | 0.32 | -2.8 |
| BloominBrands | BLMN | 16.06 | -9.8 |
| BlueOwlCapital | OWL | 9.79 | -6.2 |
| BlueOwlCapWt | OWLWS | 1.76 | -18.1 |
| BlueSafariWt | BSGAR | 0.12 | -12.0 |
| BlueWaterVac | BWV | 2.46 | -12.1 |
| BorgWarner | BWA | 32.67 | -7.9 |
| BostonBeer | SAM | 280.00 | -3.9 |
| BostonProps | BXP | 88.12 | -3.8 |
| BostonSci | BSX | 34.96 | -1.4 |
| BostonSciPfdA | BSXpA | 97.37 | -1.5 |
| Boxed | BOXD | 1.27 | -8.2 |
| BoxedWt | BOXDWS | 0.23 | -11.5 |
| BoydGaming | BYD | 49.75 | -5.8 |
| Brainsway | BWAY | 4.35 | -10.8 |
| BrandywineRealty | BDN | 9.23 | -4.7 |
| Braskem | BAK | 15.02 | -6.5 |
| BreadFinancial | BFH | 41.93 | -6.4 |
| BrenmillerEner | BNRG | 2.56 | -5.3 |
| BrickellBiotech | BBI | 0.11 | -5.6 |
| BrightHorizons | BFAM | 71.38 | -6.9 |
| BrighthouseFin | BHF | 38.82 | -7.0 |
| BrightHousePfdB | BHFAP | 23.44 | -1.5 |
| BrightSphere | BSIG | 17.69 | -4.1 |
| BrightSpire | BRSP | 7.09 | -4.5 |
| BristowGrp | BRW | 11.24 | -5.9 |
| Brinker Intl | EAT | 23.59 | -9.5 |
| BrinkerintlEner | VTOL | 23.37 | -3.6 |
| Broadmark | BRX | 19.42 | -3.4 |
| BroadmarkRealty | BRMK | 6.12 | -3.7 |
| BrookfieldMgt | BAMR | 43.10 | -5.7 |
| CBOE | CBOE | 23.12 | -1.0 |
| CNH Indl | CNHI | 12.45 | -5.0 |
| CNO Financial | CNO | 17.13 | -5.5 |
| CNOFinDeb2060 | CNOpA | 18.45 | 1.3 |
| CS Disco | LAW | 17.00 | -8.8 |
| CSW Industrials | CSWI | 97.31 | -5.4 |
| CSX | CSX | 28.76 | -1.3 |
| CTORealtyPfdA | CTOpA | 21.27 | -2.3 |
| Curo | CURO | 5.34 | -6.7 |
| CadenceBank | CADE | 22.89 | -4.3 |
| CaesarsEnt | CZR | 37.03 | -9.0 |
| CalitheraBiosci | CALA | 2.31 | -6.2 |
| Calix | CALX | 31.59 | -7.0 |
| CampingWorld | CWH | 22.82 | -5.4 |
| Camtek | CAMT | 23.26 | -8.3 |
| CanadaGoose | GOOS | 17.76 | -5.3 |
| CIBC | CM | 48.93 | -3.4 |
| CanooWt | CNNE | 17.14 | -6.0 |
| Canoo | GOEV | 2.53 | -7.2 |
| CanooWt | GOEVW | 0.20 | -23.8 |
| CanopyGrowth | CGC | 3.24 | -7.4 |
| CapitalOne | COF | 98.54 | -5.6 |
| CapitalSouthwest | CSWC | 17.79 | -3.8 |
| CardiovascularSys | CSII | 13.46 | -5.1 |
| Cardlytics | CDLX | 21.22 | -7.5 |
| CarboBio | CRBU | 4.89 | -2.5 |
| CarLotz | LOTZ | 0.43 | -4.8 |
| Carlyle | CG | 33.25 | -4.7 |
| CarlyleSecured | CGBD | 12.14 | -7.8 |
| CarMax | KMX | 84.37 | -6.3 |
| Carnival | CCL | 8.01 | -11.2 |
| Carnival | CUK | 7.95 | -11.2 |
| CarrierGlobal | CARR | 34.36 | -6.0 |
| Carter's | CRI | 69.48 | -2.2 |
| CastleBiosci | CSTL | 15.58 | -5.5 |
| CavcoIndustries | CVCO | 181.16 | -6.2 |
| CedarFairRec | FUN | 39.00 | -6.5 |

| Stock | Sym | Hi/Lo | Chg |
|---|---|---|---|
| CMSEnerNts2078 | CMSC | 23.12 | -1.0 |
| Cerence | CRNC | 24.59 | -4.9 |
| CeridianHCM | CDAY | 43.23 | -6.7 |
| Cerus | CERS | 4.35 | -6.1 |
| CharterComms | CHTR | 407.75 | -7.5 |
| Chase | CCF | 75.23 | -3.2 |
| ChathamLodging | CLDT | 10.55 | -6.8 |
| Cheesecake | CAKE | 26.72 | -7.7 |
| CherryHillMtg | CHMI | 6.06 | -2.9 |
| CherryHillPfdA | CHMIpA | 20.89 | -7.0 |
| ChimeraInvt | CIM | 7.72 | -5.7 |
| Chimerix | CMRX | 1.27 | -2.2 |
| ChinaSXTPharm | SXTC | 1.53 | -0.6 |
| ChoiceOneFinl | COFS | 19.69 | -0.6 |
| Church&Dwight | CHD | 80.34 | 0.9 |
| ChurchillDowns | CHDN | 172.75 | -6.5 |
| Chuy's | CHUY | 18.90 | -5.7 |
| Ciena | CIEN | 41.63 | -5.5 |
| Cinedigm | CIDM | 0.52 | -7.3 |
| Cintas | CTAS | 343.86 | -1.7 |
| CipherMiningWt | CIFRW | 0.20 | -11.4 |
| CircorIntl | CIR | 14.96 | -6.6 |
| CirrusLogic | CRUS | 70.11 | -4.5 |
| CitigroupPfdJ | CpJ | 25.02 | -0.6 |
| CitizensFin | CFG | 34.50 | -3.4 |
| Clarus | CLAR | 17.43 | -7.3 |
| CleanHarbors | CLH | 81.56 | -4.5 |
| ClearSpark | CLSK | 4.06 | 0.9 |
| ClearChannelOutdr | CCO | 1.08 | -9.9 |
| ClearsideBiomed | CLSD | 1.26 | |
| ClearwaterAnalytics | CWAN | 11.87 | -7.0 |
| ClimateReal II Wt | CLIII.WS | 0.17 | -12.4 |
| Clorox | CLX | 120.50 | -0.5 |
| CloudFlare | NET | 38.96 | -8.9 |
| CodereOnlineLuxem | CDRO | 2.62 | -2.9 |
| CodexDNA | DNAY | 2.32 | -10.3 |
| Codexis | CDXS | 8.11 | -4.5 |
| CoffeeHolding | JVA | 2.46 | -9.5 |
| Cognex | CGNX | 37.34 | -4.3 |
| CognizantTech | CTSH | 65.24 | -3.9 |
| CogentSystems | CGNT | 5.85 | -3.8 |
| Cohen&Steers | CNS | 63.92 | -2.5 |
| CoherusBioSci | CHRS | 5.60 | -2.2 |
| CollierIntl | CIGI | 97.39 | -5.1 |
| ColumbiaBanking | COLB | 26.67 | -1.9 |
| ColumbusSportswr | COLM | 68.29 | -4.9 |
| ColumbiaMcKin | CMCO | 28.61 | -5.6 |
| Comcast A | CMCSA | 37.56 | -5.5 |

Continued on page B7

---

ADVERTISEMENT

# The Marketplace

To advertise: 800-366-3975 or WSJ.com/classifieds

---

## CLASS ACTIONS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CONSTRUCTION LABORERS PENSION TRUST FOR SOUTHERN CALIFORNIA, GENE SAMIT and JOHN LANTZ, Individually and on Behalf of All Others Similarly Situated,

Plaintiffs,

vs.

CBS CORPORATION and LESLIE MOONVES,

Defendants.

x
x
x
x

Civil Action No. 1:18-cv-07796-VEC
**(Consolidated)**

CLASS ACTION

SUMMARY NOTICE OF PROPOSED SETTLEMENT OF CLASS ACTION

**TO:    ALL PERSONS WHO PURCHASED OR OTHERWISE ACQUIRED CBS CORPORATION N/K/A PARAMOUNT GLOBAL ("CBS") CLASS B COMMON STOCK DURING THE PERIOD FROM NOVEMBER 29, 2017 AND JULY 27, 2018, INCLUSIVE ("SETTLEMENT CLASS" OR "SETTLEMENT CLASS MEMBERS")**

THIS NOTICE WAS AUTHORIZED BY THE COURT. IT IS NOT A LAWYER SOLICITATION. PLEASE READ THIS NOTICE CAREFULLY AND IN ITS ENTIRETY.

YOU ARE HEREBY NOTIFIED that a hearing will be held on November 3, 2022, at 2:30 p.m., before the Honorable Valerie E. Caproni at the United States District Court, Southern District of New York, Thurgood Marshall United States Courthouse, 40 Foley Square, Courtroom 443, New York, NY 10007 to determine whether: (1) the proposed settlement (the "Settlement") of the above-captioned Action as set forth in the Stipulation and Agreement of Settlement ("Stipulation")[1] for $14,750,000 in cash should be approved by the Court as fair, reasonable and adequate; (2) the Judgment as provided under the Stipulation should be entered dismissing the Action with prejudice; (3) to award Lead Plaintiff's Counsel attorneys' fees and expenses out of the Settlement Fund (as defined in the Notice of Pendency and Proposed Settlement of Class Action ("Notice"), which is discussed below) and, if so, in what amount; (4) to pay Lead Plaintiff for its costs and expenses in representing the Settlement Class out of the Settlement Fund and, if so, in what amount; and (5) the Plan of Allocation should be approved by the Court as fair, reasonable and adequate.

The outbreak of the Coronavirus (COVID-19) is a fluid situation that creates the possibility that the Court may decide to conduct the Final Approval Hearing by video or telephonic conference, or otherwise allow Settlement Class Members to appear at the hearing by phone, without further written notice to the Settlement Class. In order to determine whether the date and time of the Final Approval Hearing have changed, or whether Settlement Class Members must or may participate by phone or video, it is important that you monitor the Court's docket and the Settlement website, www.CBSSecuritiesSettlement.com, before making any plans to attend the Final Approval Hearing. Any updates regarding the Final Approval Hearing, including any changes to the date or time of the hearing or updates regarding in-person or telephonic appearances at the hearing, will also be posted to the Settlement website, www.CBSSecuritiesSettlement.com. Also, if the Court requires or allows Settlement Class Members to participate in the Final Approval Hearing by telephone, the phone number for accessing the telephonic conference will be posted to the Settlement website, www.CBSSecuritiesSettlement.com.

IF YOU PURCHASED OR ACQUIRED CBS CLASS B COMMON STOCK FROM NOVEMBER 29, 2017 THROUGH JULY 27, 2018, INCLUSIVE, YOUR RIGHTS ARE AFFECTED BY THE SETTLEMENT OF THIS ACTION.

To share in the distribution of the Settlement Fund, you must establish your rights by submitting a Proof of Claim and Release form ("Proof of Claim") by mail **(postmarked no later than September 19, 2022)** or electronically **(no later than September 19, 2022)**. Your failure to submit your Proof of Claim by September 19, 2022, will subject your claim to rejection and preclude your receiving any of the recovery in connection with the Settlement of this Action. If you purchased or acquired CBS Class B common stock from November 29, 2017 through July 27, 2018, inclusive, and do not request exclusion from the Settlement Class, you will be bound by the Settlement and any judgment and release entered in the Action, including, but not limited to, the Judgment, whether or not you submit a Proof of Claim.

If you have not received a copy of the Notice, which more completely describes the Settlement and your rights thereunder (including your right to object to the Settlement), and a Proof of Claim, you may obtain these documents, as well as a copy of the Stipulation (which, among other things, contains definitions for the defined terms used in this Summary Notice) and other settlement documents, online at www.CBSSecuritiesSettlement.com, or by writing to:

CBS Securities Settlement
c/o Gilardi & Co. LLC
P.O. Box 8040
San Rafael, CA 94912-8040

Inquiries should NOT be directed to Defendants, the Court, or the Clerk of the Court.

Inquiries, other than requests for the Notice or for a Proof of Claim, may be made to Lead Counsel:

ROBBINS GELLER RUDMAN & DOWD LLP
Shareholder Relations Department
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 1-800-449-4900
settlementinfo@rgrdlaw.com

IF YOU DESIRE TO BE EXCLUDED FROM THE SETTLEMENT CLASS, YOU MUST SUBMIT A REQUEST FOR EXCLUSION SUCH THAT IT IS **POSTMARKED BY SEPTEMBER 19, 2022**, IN THE MANNER AND FORM EXPLAINED IN THE NOTICE. ALL SETTLEMENT CLASS MEMBERS WILL BE BOUND BY THE SETTLEMENT EVEN IF THEY DO NOT SUBMIT A TIMELY PROOF OF CLAIM.

IF YOU ARE A SETTLEMENT CLASS MEMBER, YOU HAVE THE RIGHT TO OBJECT TO THE SETTLEMENT, THE PLAN OF ALLOCATION, THE REQUEST BY LEAD PLAINTIFF'S COUNSEL FOR AN AWARD OF ATTORNEYS' FEES NOT TO EXCEED 25% OF THE $14,750,000 SETTLEMENT AMOUNT AND EXPENSES NOT TO EXCEED $500,000, PLUS INTEREST, AND/OR THE PAYMENT TO LEAD PLAINTIFF FOR ITS COSTS AND EXPENSES NOT TO EXCEED $22,500. ANY OBJECTIONS MUST BE FILED WITH THE COURT AND SENT TO LEAD COUNSEL AND DEFENDANTS' COUNSEL BY **SEPTEMBER 19, 2022**, IN THE MANNER AND FORM EXPLAINED IN THE NOTICE.

Dated: May 13, 2022

BY ORDER OF THE COURT
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

1 The Stipulation can be viewed and/or obtained at www.CBSSecuritiesSettlement.com.

---

## CLASS ACTIONS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN A. ERLANDSON and JAMES IAN NORRIS, Individually and on Behalf of All Others Similarly Situated,

Plaintiffs,

v.

TRITERRAS, INC. (f/k/a NETFIN HOLDCO), NETFIN ACQUISITION CORP., TRITERRAS FINTECH PTE. LTD., MVR NETFIN LLC., RICHARD MAURER, MARAT ROSENBERG, VADIM KOMISSAROV, GERALD PASCALE, SRINIVAS KONERU, JAMES H. GROH, ALVIN TAN, JOHN A. GALANI, MATTHEW RICHARDS, VANESSA SLOWEY and KENNETH STRATTON,

Defendants.

x
x
x
x

Civil Action No. 7:20-cv-10795-CS

CLASS ACTION

SUMMARY NOTICE

TO:    ALL PERSONS AND ENTITIES WHO PURCHASED OR ACQUIRED THE CLASS A COMMON STOCK OR WARRANTS OF TRITERRAS, INC. ("TRITERRAS") AT ANY TIME FROM JUNE 29, 2020 TO, AND INCLUDING, JANUARY 14, 2021.

YOU ARE HEREBY NOTIFIED, pursuant to an Order of the United States District Court for the Southern District of New York, that a hearing will be held on September 6, 2022, at 2:30 p.m., before the Honorable Cathy Seibel, United States District Judge, at the United States District Court for the Southern District of New York, The Honorable Charles L. Brieant Jr. Federal Building and Courthouse, 300 Quarropas Street, White Plains, New York 10601, for the purpose of determining: (1) whether the proposed Settlement of this Action, as set forth in the Stipulation and Agreement of Settlement ("Stipulation") reached between the parties, consisting of Nine Million Dollars ($9,000,000) in cash, should be approved as fair, reasonable, and adequate to Class Members; (2) whether the release by Class Members of claims as set forth in the Stipulation should be authorized; (3) whether the proposed plan to distribute the Settlement proceeds ("Plan of Allocation") is fair, reasonable, and adequate; (4) whether the application by Plaintiffs' counsel for an award of attorneys' fees and expenses, and any award to Plaintiffs pursuant to 15 U.S.C. §78u-4(a)(4), should be approved; (5) whether this Action should be dismissed with prejudice against Triterras, Inc., Netfin Acquisition Corp., Triterras Fintech Pte. Ltd., MVR Netfin LLC, Richard Maurer, Marat Rosenberg, Vadim Komissarov, Gerald Pascale, Srinivas Koneru, James H. Groh, Alvin Tan, John A. Galani, Matthew Richards, Vanessa Slowey, and Kenneth Stratton as set forth in the Stipulation dated April 27, 2022; and (6) whether the Judgment, in the form attached to the Stipulation, should be entered.

Please note that the date, time and location of the Settlement Hearing are subject to change without further notice. If you plan to attend the hearing, you should check the docket, view the Settlement website at www.TriterrasSecuritiesSetttlement.com, or contact Lead Counsel (identified below) to be sure that no change to the date, time or location of the hearing has been made.

IF YOU PURCHASED OR ACQUIRED CLASS A COMMON STOCK OR WARRANTS OF TRITERRAS AT ANY TIME FROM JUNE 29, 2020 TO, AND INCLUDING, JANUARY 14, 2021, YOUR RIGHTS WILL BE AFFECTED BY THE SETTLEMENT OF THIS LITIGATION.

If you have not received a detailed Notice of Pendency and Proposed Settlement of Class Action ("Notice") and a copy of the Proof of Claim and Release form ("Proof of Claim"), you may obtain copies by writing to *Triterras Securities Settlement*, Claims Administrator, c/o Gilardi & Co. LLC, P.O. Box 43339, Providence, RI 02940-3339, 1-888-850-0265, or on the internet at www.TriterrasSecuritiesSettlement.com.

If you are a Class Member, in order to share in the distribution of the Net Settlement Fund, you must submit a Proof of Claim by mail **(postmarked no later than September 1, 2022)** or submitted electronically **(no later than September 1, 2022)**, establishing that you are entitled to recovery. Unless the deadline is extended, your failure to submit your Proof of Claim by the above deadline will preclude you from receiving any payment from the Settlement.

If you are a Class Member and you desire to be excluded from the Class, you must submit a request for exclusion such that it is *postmarked no later than August 16, 2022*, in the manner and form explained in the detailed Notice, referred to above. All Class Members who do not timely and validly request exclusion from the Class will be bound by any judgment entered in the Action pursuant to the Stipulation.

Any objection to the Settlement, the Plan of Allocation, the fee and expense application, or Plaintiffs' request for an award, must be mailed to each of the following recipients, such that it is *received no later than August 16, 2022*:

CLERK OF THE COURT
United States District Court
Southern District of New York
The Honorable Charles L. Brieant Jr.
Federal Building and Courthouse
300 Quarropas Street
White Plains, NY 10601

*Lead Counsel:*

ROBBINS GELLER RUDMAN & DOWD LLP
Joseph Russello
58 South Service Road, Suite 200
Melville, NY 11747

*Defendant Triterras's Counsel:*

Cahill Gordon & Reindel LLP
Bradley J. Bondi
32 Old Slip
New York, NY 10005

**PLEASE DO NOT CONTACT THE COURT, THE CLERK'S OFFICE OR ANY OF THE DEFENDANTS OR DEFENDANTS' COUNSEL REGARDING THIS NOTICE.** If you have any questions about the Settlement, you may contact Lead Counsel at the address listed above.

Dated:   May 20, 2022

BY ORDER OF THE COURT
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

## ANNOUNCEMENTS



"A derailed train seldom reaches the destination"

THE BANKRUPTCY OF UNCLE SAM
ZEROING IN ON BIPARTISAN FISCAL FAILURE

ATTAINING AN UNDERSTANDING ABOUT FEDERAL FINANCES

PHILLIP D. MEYERS

Available at AMAZON & BARNES & NOBLE

---

## BUSINESS OPPORTUNITIES

**Accredited Investors Only**

Colorblind correction patent
11,204,455 targets > 215%
ROI per year for 15 years.

Ron 301-725-0000

## COMMERCIAL REAL ESTATE

**FLORIDA AIRPORT - Near Orlando**
Orlando North Airport - FA83
4K ft Runway, 25 Hangars, 48 Tenants,
Fuel Farm, 131 Acres + 685 Acres
Huge Growth Potential, Price $9.4M
Relocate Your Business or Company
Watson Realty Corp Text or Call
Bob Brewster (386) 341-0423

**Land For Sale**
70+ acres of land for sale by owner. Zoned for apartments and commercial in Saratoga Springs NY, close to racetrack.
518-429-0575

---

## THE WALL STREET JOURNAL.

# THE MARKETPLACE



ADVERTISE TODAY

(800) 366-3975

For more information visit:
wsj.com/classifieds

---

Declaration of Publication

I, Carla Peak, as Vice President, Legal Notification Services at Gilardi & Co. LLC, a KCC Class Action Services Company in San Rafael, California, hereby certify that I caused the attached notice to be printed in said publication on June 17, 2022:

Name of Publication: The Wall Street Journal
Address: 1211 Avenue of the Americas
City, State, Zip: New York, NY 10036
Phone #: 1-800-568-7625
State of: New York

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 17th day of June 2022, at Sellersville, Pennsylvania.


_Carla Peak_
Carla Peak



# Robbins Geller Rudman & Dowd LLP Announces Proposed Settlement in the Triterras, Inc. Securities Settlement

June 17, 2022 08:00 AM Eastern Daylight Time

SAN DIEGO--(BUSINESS WIRE)--The following statement is being issued by Robbins Geller Rudman & Dowd LLP regarding the Triterras, Inc. Securities Settlement:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| JOHN A. ERLANDSON and JAMES IAN NORRIS, Individually and on Behalf of All Others Similarly Situated, | x : : : | Civil Action No. 7:20-cv-10795-CS <u>CLASS ACTION</u> SUMMARY NOTICE |
| Plaintiffs, | : | |
| vs. | : | |
| TRITERRAS, INC. (f/k/a NETFIN HOLDCO), NETFIN ACQUISITION CORP., TRITERRAS FINTECH PTE. LTD., MVR NETFIN LLC, RICHARD MAURER, MARAT ROSENBERG, VADIM KOMISSAROV, GERALD PASCALE, SRINIVAS KONERU, JAMES H. GROH, ALVIN TAN, JOHN A. GALANI, MATTHEW RICHARDS, VANESSA SLOWEY and KENNETH STRATTON, | : : : : : : : : : : | |
| Defendants. | : : x | |

TO: ALL PERSONS AND ENTITIES WHO PURCHASED OR ACQUIRED THE CLASS A COMMON STOCK OR WARRANTS OF TRITERRAS, INC. ("TRITERRAS") AT ANY TIME FROM JUNE 29, 2020 TO, AND INCLUDING, JANUARY 14, 2021

YOU ARE HEREBY NOTIFIED, pursuant to an Order of the United States District Court for the Southern District of New York, that a hearing will be held on September 6, 2022, at 2:30 p.m., before the Honorable Cathy Seibel, United States District Judge, at the United States District Court for the Southern District of New York, The Honorable Charles L. Brieant

Jr. Federal Building and Courthouse, 300 Quarropas Street, White Plains, New York 10601, for the purpose of determining: (1) whether the proposed Settlement of this Action, as set forth in the Stipulation and Agreement of Settlement ("Stipulation") reached between the parties, consisting of Nine Million Dollars ($9,000,000) in cash, should be approved as fair, reasonable, and adequate to Class Members; (2) whether the release by Class Members of claims as set forth in the Stipulation should be authorized; (3) whether the proposed plan to distribute the Settlement proceeds ("Plan of Allocation") is fair, reasonable, and adequate; (4) whether the application by Plaintiffs' counsel for an award of attorneys' fees and expenses, and any award to Plaintiffs pursuant to 15 U.S.C. §78u-4(a)(4), should be approved; (5) whether this Action should be dismissed with prejudice against Triterras, Inc., Netfin Acquisition Corp., Triterras Fintech Pte. Ltd., MVR Netfin LLC, Richard Maurer, Marat Rosenberg, Vadim Komissarov, Gerald Pascale, Srinivas Koneru, James H. Groh, Alvin Tan, John A. Galani, Matthew Richards, Vanessa Slowey, and Kenneth Stratton as set forth in the Stipulation dated April 27, 2022; and (6) whether the Judgment, in the form attached to the Stipulation, should be entered.

Please note that the date, time and location of the Settlement Hearing are subject to change without further notice. If you plan to attend the hearing, you should check the docket, view the Settlement website at www.TriterrasSecuritiesSetttlement.com, or contact Lead Counsel (identified below) to be sure that no change to the date, time or location of the hearing has been made.

IF YOU PURCHASED OR ACQUIRED CLASS A COMMON STOCK OR WARRANTS OF TRITERRAS AT ANY TIME FROM JUNE 29, 2020 TO, AND INCLUDING, JANUARY 14, 2021, YOUR RIGHTS WILL BE AFFECTED BY THE SETTLEMENT OF THIS LITIGATION.

If you have not received a detailed Notice of Pendency and Proposed Settlement of Class Action ("Notice") and a copy of the Proof of Claim and Release form ("Proof of Claim"), you may obtain copies by writing to *Triterras Securities Litigation*, Claims Administrator, c/o Gilardi & Co. LLC, P.O. Box 43339, Providence, RI 02940-3339, 1-888-850-0265, or on the internet at www.TriterrasSecuritiesSettlement.com.

If you are a Class Member, in order to share in the distribution of the Net Settlement Fund, you must submit a Proof of Claim by mail **(postmarked no later than September 1, 2022)** or submitted electronically **(no later than September 1, 2022)**, establishing that you are entitled to recovery. Unless the deadline is extended, your failure to submit your Proof of Claim by the above deadline will preclude you from receiving any payment from the Settlement.

If you are a Class Member and you desire to be excluded from the Class, you must submit a request for exclusion such that it is ***postmarked no later than August 16, 2022***, in the manner and form explained in the detailed Notice, referred to above. All Class Members who do not timely and validly request exclusion from the Class will be bound by any judgment entered in the Action pursuant to the Stipulation.

Any objection to the Settlement, the Plan of Allocation, the fee and expense application, or Plaintiffs' request for an award, must be mailed to each of the following recipients, such that it is ***received no later than August 16, 2022***:

CLERK OF THE COURT
United States District Court
Southern District of New York
The Honorable Charles L. Brieant Jr.
    Federal Building and Courthouse
300 Quarropas Street
White Plains, NY 10601

*Lead Counsel:*

ROBBINS GELLER RUDMAN
    & DOWD LLP
Joseph Russello
58 South Service Road, Suite 200
Melville, NY 11747

*Defendant Triterras's Counsel:*

CAHILL GORDON & REINDEL LLP
Bradley J. Bondi
32 Old Slip
New York, NY 10005

**PLEASE DO NOT CONTACT THE COURT, THE CLERK'S OFFICE OR ANY OF THE DEFENDANTS OR DEFENDANTS' COUNSEL REGARDING THIS NOTICE.** If you have any questions about the Settlement, you may contact Lead Counsel at the address listed above.

Dated: May 20, 2022

BY ORDER OF THE COURT
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Contacts
Media:
Robbins Geller Rudman & Dowd LLP
Shareholder Relations Department
Greg Wood
(619) 231-1058

Declaration of Publication

I, Carla Peak, as Vice President, Legal Notification Services at Gilardi & Co. LLC, a KCC Class Action Services Company in San Rafael, California, hereby certify that I caused the attached notice to be published as a press release by the following wire service:

Name of Publication: BusinessWire

Address: 101 California Street 20th Floor

City, ST Zip: San Francisco, CA 94111

Phone #: 415-986-4422

State of: California

The press release was distributed on June 17, 2022 to the following media circuits offered by the above-referenced wire service:

1. US1 National Newsline

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 17th day of June 2022, at Sellersville, Pennsylvania.

_Carla Peak_

Carla Peak