# EXHIBIT A

**EXHIBIT A**

*Erlandson v. Triterras, Inc., et al.*, No. 7:20-cv-10795-CS
Robbins Geller Rudman & Dowd LLP
Inception through July 13, 2022

| NAME | | HOURS | RATE | LODESTAR |
|---|---|---|---|---|
| Caringal, Jennifer N. | (P) | 55.70 | 770 | $    42,889.00 |
| Pintar, Theodore J. | (P) | 57.70 | 1100 | 63,470.00 |
| Rosenfeld, David A. | (P) | 3.60 | 945 | 3,402.00 |
| Rudman, Samuel H. | (P) | 16.60 | 1350 | 22,410.00 |
| Russello, Joseph F. | (P) | 904.00 | 905 | 818,120.00 |
| Massa, William A. | (A) | 345.20 | 400 | 138,080.00 |
| Aronica, R. Steven | (FA) | 12.00 | 775 | 9,300.00 |
| Barhoum, Anthony J. | (EA) | 16.90 | 430 | 7,267.00 |
| Brandon, Kelley T. | (I) | 14.00 | 290 | 4,060.00 |
| Crowley, Mark S. | (I) | 80.00 | 290 | 23,200.00 |
| Peitler, Steven J. | (I) | 19.00 | 290 | 5,510.00 |
| Paralegals | | 51.50 | 350-375 | 18,265.00 |
| Shareholder Relations | | 20.60 | 100 | 2,060.00 |
| **TOTAL** | | **1,596.80** | | **$  1,158,033.00** |

(P) Partner
(A) Associate
(FA) Forensic Accountant
(EA) Economic Analyst
(I) Investigator