# EXHIBIT B

**EXHIBIT B**

*Erlandson v. Triterras, Inc., et al.*, No. 7:20-cv-10795-CS
Robbins Geller Rudman & Dowd LLP
Inception through June 13, 2022

| CATEGORY | AMOUNT |
|---|---|
| Filing, Witness and Other Fees | $   1,083.80 |
| Business Wire | 300.00 |
| Messenger, Overnight Delivery | 29.93 |
| Court Hearing Transcript | 68.34 |
| Consultants (ValueScope, Inc.) | 16,102.23 |
| Photocopies (Outside) | 284.60 |
| Online Legal and Financial Research | 2,250.92 |
| Mediation Fees (JAMS, Inc.) | 18,753.01 |
| *TOTAL* | *$  38,872.83* |