# EXHIBIT C

**EXHIBIT C**

*Erlandson v. Triterras, Inc., et al.*, No. 7:20-cv-10795-CS
Robbins Geller Rudman & Dowd LLP

Filing, Witness and Other Fees: $1,083.80

| *DATE* | *VENDOR* | *PURPOSE* |
|---|---|---|
| 04/12/21 | Clerk of the Court | Certificate of Good Standing for J. Caringal |
| 04/23/21 | Class Action Research & Litigation Support Services, Inc. | Return not served - Marat Rosenberg - Summons in a Civil Action; Class Action Complaint |
| 04/27/21 | Class Action Research & Litigation Support Services, Inc. | Return not served - Marat Rosenberg - Summons in a Civil Action; Class Action Complaint |
| 04/27/21 | Class Action Research & Litigation Support Services, Inc. | Return not served - Triterras, Inc. - Summons in a Civil Action; Class Action Complaint |
| 04/27/21 | Class Action Research & Litigation Support Services, Inc. | Return not served - Sriniva Koneru - Summons in a Civil Action; Class Action Complaint |