# EXHIBIT D

**EXHIBIT D**

*Erlandson v. Triterras, Inc., et al.*, No. 7:20-cv-10795-CS
Robbins Geller Rudman & Dowd LLP

Court Hearing Transcript: $68.34

| *DATE* | *VENDOR* | *PURPOSE* |
|---|---|---|
| 05/18/21 | Angela A. O'Donnell, RPR | 04/15/21 Oral Argument Decision on Motion before Honorable Cathy Seibel |