# EXHIBIT E

**EXHIBIT E**

*Erlandson v. Triterras, Inc., et al.*, No. 7:20-cv-10795-CS
Robbins Geller Rudman & Dowd LLP

Outside Photocopies: $284.60 (detailed below)

| *DATE* | *VENDOR* | *PURPOSE* |
|---|---|---|
| 04/06/21 | United Corporate Services, Inc. | Fee for obtaining corporate business filings |