# EXHIBIT A

**EXHIBIT A**

*Erlandson v. Triterras, Inc., et al.*, No. 7:20-cv-10795-CS
LEVI & KORSINSKY
Inception through July 11, 2022

| NAME | | HOURS | RATE | LODESTAR |
|---|---|---|---|---|
| Mark S. Reich | (P) | 34.90 | $800.00 | $27,920.00 |
| Correy (Kamin) Suk | (A) | 22.40 | $750.00 | $16,800.00 |
| TOTAL | | 57.30 | | $44,720.00 |

(P) Partner

(A) Associate

4890-3046-0197.v1