EXHIBIT A



RECEIVED
August 19, 2022
Claims Center

# Exclusion Cover Page

Case Name: Triterras, Inc. Securities Settlement

Case Code: TRS

Exclusion Deadline: August 16, 2022 (Postmarked on or before)

Name of Person Filing Exclusion: Clayton Levi Brown

TRITERRAS SECURITIES SETTLEMENT
CLAIMS ADMINISTRATOR
c/o Gilardi & Co. LLC
P.O. Box 43339
Providence, RI 02940-3339



### ERLANDSON V. TRITERRAS, INC, ET AL. LAWSUIT FORM

*"REQUEST EXCLUSION FROM THE CLASS IN ERLANDSON V. TRITERRAS, INC., ET AL., NO. 7:20-CV-10795-CS (S.D.N.Y)."*

TRADE INFORMATION >

PURCHASE: TRITERRAS COMMON STOCK (FIDELITY BROKER)
TRADE DATE: 12/15/2020
SETTLEMENT DATE: 1/19/2021
PRICE: $8.0968/SHARE
QTY: 50

PURCHASE: TRITERRAS OTC STOCK (ROBINHOOD BROKER)
TRADE DATE: 1/15/2021
SETTLEMENT DATE: 1/20/2021
PRICE: $10.055/SHARE
QTY: 42

PURCHASE: TRITERRAS OTC STOCK (ROBINHOOD BROKER)
TRADE DATE: 1/28/2021
SETTLEMENT DATE: 2/1/2021
PRICE: $7.19/SHARE
QTY: 13



PERSONAL INFORMATION >

NAME –    CLAYTON LEVI BROWN
ADDRESS –

SIGNATURE

" $#&! YOU! "

# Robinhood 🖋

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

01/28/2021

Clayton Brown Account #

| Equities/Options | B/S | Trade Date | Settle Date | Acct Type | Price | QTY | Principal | Comm | Tran Fee | Net Amount | MKT | CAP | U/S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Triterras TRIT CUSIP: G9103H102 | B | 01/28/2021 | 02/01/2021 | M | $7.1900 | 13 | $93.47 | $0.00 | $0.00 | $93.47 | OTC | 1 | U |

**Total Quantity Bought:** 13     **Total Dollars Bought:** $93.47

**Total Quantity Sold:** 0     **Total Dollars Sold:** $0.00

Robinhood

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

01/15/2021

Clayton Brown Account #

| Equities/Options | B/S | Trade Date | Settle Date | Acct Type | Price | QTY | Principal | Comm | Tran Fee | Net Amount | MKT | CAP | U/S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trdenras TRH CUSIP: G8103H102 | · B | 01/15/2021 | 01/20/2021 | * | $10.0550 | 42 | -$422.31 | $0.00 | $0.00 | -$422.31 | OTC | 1 | U |

**Total Quantity Bought:**     42     **Total Dollars Bought:**     $422.31

**Total Quantity Sold:**     0     **Total Dollars Sold:**     $0.00

8/8/22, 9:17 PM                                                                Fidelity Investments

| Date | Description | Amount | Cash Balance |
|------|-------------|--------|--------------|

### YOU BOUGHT TRITERRAS INC COM USD0.0001 CL A ISIN # (TRIRF) (Cash)  ✕

| Symbol | TRIRF |
|--------|-------|
| Description | TRITERRAS INC COM USD0.0001 CL A ISIN # |
| Shares | + 45.000 |
| Price | 8.096 |
| Amount | -$364.32 |
| Settlement Date | 01/21/2021 |

| 01/19/2021 | YOU BOUGHT TRITERRAS INC COM USD0.0001 CL A ISIN # (TRIRF) (Cash) | -$40.48 | -$460.14 |

### YOU BOUGHT TRITERRAS INC COM USD0.0001 CL A ISIN # (TRIRF) (Cash)  ✕

| Symbol | TRIRF |
|--------|-------|
| Description | TRITERRAS INC COM USD0.0001 CL A ISIN # |
| Shares | + 5.000 |
| Price | 8.0968 |
| Amount | -$40.48 |
| Settlement Date | 01/21/2021 |

Fidelity Investments

| Description | Amount |
|---|---|

## GHT TRITERRAS INC COM USD0.0001 CL A ISIN # (TRIRF) (Cash)

TRIRF

TRITERRAS INC COM USD0.0001 CL A ISIN #

+ 45.000

8.096

-$364.32

**Date** 01/21/2021

YOU BOUGHT TRITERRAS INC COM USD0.0001 CL
A ISIN # (TRIRF) (Cash)                          -$40.48

## GHT TRITERRAS INC COM USD0.0001 CL A ISIN # (TRIRF) (Cash)

TRIRF

TRITERRAS INC COM USD0.0001 CL A ISIN #

+ 5.000

8.0968

-$40.48

**Date** 01/21/2021

m/ftgw/fbc/oftop/portfolio#activity/Z04743592

Clayton L. Br.

AUG 19 2022    16 AUG 2022 PM 1 L



Triterras Securities Settlement
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 43339
Providence, RI 02940-3339

02940-333939